17-165
United States v. Zhong

# UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT

### SUMMARY ORDER

**RULINGS BY SUMMARY ORDER DO NOT HAVE PRECEDENTIAL EFFECT. CITATION TO A SUMMARY ORDER FILED ON OR AFTER JANUARY 1, 2007 IS PERMITTED AND IS GOVERNED BY FEDERAL RULE OF APPELLATE PROCEDURE 32.1 AND THIS COURT'S LOCAL RULE 32.1.1. WHEN CITING A SUMMARY ORDER IN A DOCUMENT FILED WITH THIS COURT, A PARTY MUST CITE EITHER THE FEDERAL APPENDIX OR AN ELECTRONIC DATABASE (WITH THE NOTATION "SUMMARY ORDER"). A PARTY CITING TO A SUMMARY ORDER MUST SERVE A COPY OF IT ON ANY PARTY NOT REPRESENTED BY COUNSEL.**

At a stated term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 13th day of March, two thousand seventeen.

PRESENT: ROBERT D. SACK,
RAYMOND J. LOHIER, JR.,
*Circuit Judges*,
GREGORY H. WOODS,
*District Judge.**

------------------------------------------------------------------

UNITED STATES OF AMERICA,

*Appellee*,

v.                                                                                    No. 17-165-cr

DAN ZHONG,

*Defendant-Appellant.***

------------------------------------------------------------------

---

* Judge Gregory H. Woods, of the United States District Court for the Southern District of New York, sitting by designation.

** The Clerk of Court is directed to amend the official caption to conform to the caption above.

1

FOR APPELLEE:  IAN C. RICHARDSON (Susan Corkery, Alexander A. Solomon, Douglas M. Pravda, Nicholas J. Moscow, *on the brief*), Assistant United States Attorneys, *for* Robert L. Capers, United States Attorney for the Eastern District of New York, Brooklyn, NY.

FOR APPELLANT:  NATHANIEL H. AKERMAN (Joshua Colangelo-Bryan, *on the brief*), Dorsey & Whitney LLP, New York, NY.

Appeal from an order of the United States District Court for the Eastern District of New York (Dora L. Irizarry, *Chief Judge*).

UPON DUE CONSIDERATION, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the order of the District Court is AFFIRMED.

Dan Zhong appeals from the denial of his motion for bail before trial and the District Court's refusal to reopen his bail hearing to consider additional evidence relating to Zhong's risk of flight. We assume the parties' familiarity with the facts and record of the prior proceedings, to which we refer only as necessary to explain our decision to affirm.

Based on our review of the record, we discern no error in the District Court's decision orally on the record to deny Zhong's request for bail pending trial on the ground that he represented a risk of flight. Nor do we see any error

2

in the District Court's denial of Zhong's request to reopen the bail hearing to provide additional evidence.   The District Court referred to that evidence and observed that "there is no information that . . . exists that was not known to the movant in this case, the defendant, at the time of the hearing and that has a material bearing on the issue whether there are conditions of release that will reasonably assure the appearance of the defendant."

We have considered Zhong's remaining arguments and conclude that they are without merit.   For the foregoing reasons, the order of the District Court is AFFIRMED.[1]

FOR THE COURT:
Catherine O'Hagan Wolfe, Clerk of Court

---

[1] Appellant also moves to supplement the record on appeal.   Because we affirm the District Court's order denying bail, that motion is hereby denied as moot.